

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00553-CR

Gilbert **VILLAREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5696
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

After this court granted two prior extensions, the State's brief was due July 28, 2014. On the due date, the State filed a third motion for extension of time to file the brief, asking for an additional thirty days to file its brief. We **GRANT** the State's motion and **ORDER** the State to file its brief on or before August 27, 2014. The State is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court